DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**RALPH JOSEPH CONSIGLIO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2022-1975

[February 15, 2024]

Appeal from the County Court for the Fifteenth Judicial Circuit, Palm Beach County; Bradley Gerard Harper, Judge; L.T. Case No. 50-2022-MM-004433-AXXX-MB.

Claudia T. Pastorius of Claudia T. Pastorius, P.A., Melbourne, for appellant.

William A. O'Leary, Scott B. Cosgrove and Ronald J. Tomassi of León Cosgrove Jiménez, LLP, Miami, and Ashley Moody, Attorney General, Tallahassee, and Victoria A. Butler, Director, Consumer Protection Division, Office of the Attorney General, Tampa, for appellee.

PER CURIAM.

*Affirmed.*

DAMOORGIAN, CIKLIN and GERBER, JJ., concur.

\*     \*     \*

***Not final until disposition of timely filed motion for rehearing.***